EJK:AHT
F.#2009R01479

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ FEB 1 2 2010 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -

COREY DAVIS,

              Defendant.

- - - - - - - - - - - - - - - - -X

I N D I C T M E N T

CR 10 - 0100

(T. 18, U.S.C., §§ 113(a)(6) and 3551 et seq.)

GLEESON, J.
MANN. M.J.

THE GRAND JURY CHARGES:

ASSAULT

On or about May 8, 2009, within the Eastern District of New York and the special maritime and territorial jurisdiction of the United States, to wit: the Metropolitan Detention Center in Brooklyn, New York, the defendant COREY DAVIS did knowingly and intentionally assault John Doe, an individual whose identity is known to the Grand Jury, resulting in serious bodily injury.

(Title 18, United States Code, Sections 113(a)(6) and 3551 et seq.)

A TRUE BILL

_____
FOREPERSON

_____
BENTON J. CAMPBELL
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

F. #2009R01479

No. _____

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

vs.

*Corey Davis,*

Defendant.

## INDICTMENT

(T. 18, U.S.C., §§ 113(a)(6) and 3551 et seq.)

*A true bill.*

_____
Foreman

*Filed in open court this* _____ *day,*

*of* _____ A.D. 20 _____

_____
Clerk

*Bail, $* _____

_____

*Amir Toossi, Assistant United States Attorney, (718) 254-6176*