

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JEG:AHT
F.#2009R01479

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

September 2, 2010

By ECF and Hand Delivery

The Honorable John Gleeson
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: United States v. Corey Davis
         Criminal Docket No. 10-100 (JG)

Dear Judge Gleeson:

    On August 10, 2010, the defendant moved to suppress the statement he made to Lieutenant Luke Selby of the Special Investigative Section of the Metropolitan Detention Center in connection with the above-captioned matter.  In that motion, the defendant correctly noted that the government indicated at the July 27, 2010 status conference that its intention was to introduce the defendant's statements during its case-in-chief.  After reconsideration, however, the government no longer intends to introduce the defendant's statements at trial during its case-in-chief.  Accordingly, the defendant's motion is now moot.

                Respectfully submitted,

                LORETTA E. LYNCH
                United States Attorney

        By: _____
            Amir H. Toossi
            Assistant U.S. Attorney

cc: Deirdre Von Dornum (by ECF)
    Clerk of Court (JG) (by ECF)