

*U.S. Department of Justice*

*United States Attorney*
*Eastern District of New York*

WYC:AHT
F.#2009R01479

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

September 7, 2010

By ECF and Email

The Honorable John Gleeson
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re: United States v. Corey Davis
>     Criminal Docket No. 10-100 (JG)

Dear Judge Gleeson:

     On July 27, 2010, the Court held a status conference in the above-entitled matter and ordered the government to disclose information regarding the surveillance system in 3-N Unit at the Metropolitan Detention Center ("MDC").  Because of security concerns, the Legal Department of the MDC has requested that the Court enter the attached Proposed Protective Order.  I have shared a copy of the attached Proposed Protective Order with defense counsel and she has no objections to its entry.

                               Respectfully submitted,

                               LORETTA E. LYNCH
                               United States Attorney

               By:      /s/
                     Amir H. Toossi
                     Assistant United States Attorney

cc: Clerk of the Court (JG) (by ECF)
    Deirdre Von Dornum, Esq. (by Email)